IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEI WEI, derivatively on behalf ENERNOC, INC. and individually on behalf of himself and all other similarly situated shareholders of ENERNOC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY G. HEALY, NEIL MOSES, DAVID B. BREWSTER, RICHARD DIETER, TJ GLAUTHIER, SUSAN F. TIERNEY, JAMES BAUM, PETER GYENES, ADAM GROSSER, and JAMES L. TURNER <br><br> Defendants, <br><br> -and- <br><br> ENERNOC, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Civil Action No. 13-cv-766-GMS <br><br> **CLASS ACTION** <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF ROSEMARY J. PIERGIOVANNI IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

I, Rosemary J. Piergiovanni, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a member of the bar of the State of Delaware and an attorney at Farnan LLP. I am counsel to Plaintiff Lei Wei in this action. I submit this declaration and accompanying documents in support of Plaintiff's Motion for a Preliminary Injunction.

2. Attached hereto as Exhibit A is a true and correct copy of EnerNOC Inc.'s Amended and Restated 2007 Employee, Director and Consultant Stock Plan.

3. Attached hereto as Exhibit B are true and correct copies of excerpts from EnerNOC Inc.'s SEC Schedule 14A Proxy Statement, dated April 26, 2013.

Date: May 9, 2013

/s/ Rosemary J. Piergiovanni
Rosemary J. Piergiovanni