## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEI WEI, derivatively on behalf of ENERNOC, INC. and individually on behalf of himself and all other similarly situated shareholders of ENERNOC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY G. HEALY, NEIL MOSES, DAVID B. BREWSTER, ARTHUR W. COVIELLO, JR., RICHARD DIETER, TJ GLAUTHIER, SUSAN F. TIERNEY, JAMES BAUM, PETER GYENES, ADAM GROSSER, and JAMES L. TURNER, <br><br> Defendants, <br><br> -and- <br><br> ENERNOC, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Civil Action No. 1:13-cv-00766-GMS |

## DEFENDANTS' MOTION TO DISMISS

OF COUNSEL:

Jeffrey B. Rudman
Andrea J. Robinson
Timothy Perla
Bradley M. Baglien
Brian Driscoll
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 626-6000

August 30, 2013

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
William M. Lafferty (#2755)
D. McKinley Measley (#5108)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
wlafferty@mnat.com
dmealsey@mnat.com
   *Attorneys for Defendants*

Individual defendants Timothy G. Healy, Neil Moses, David B. Brewster, Arthur W. Coviello, Jr., Richard Dieter, TJ Glauthier, Susan F. Tierney, James Baum, Peter Gyenes, Adam Grosser, and James L. Turner, and nominal defendant EnerNOC, Inc. (collectively, the "Defendants") respectfully submit their Motion to Dismiss plaintiff's Verified Shareholder Derivative and Class Action Complaint (the "Complaint") pursuant to Rules 23.1 and 12(b)(6) of the Federal Rules of Civil Procedure.  The grounds for this motion are set forth in the Memorandum of Law in Support of Defendants' Motion to Dismiss filed concurrently herewith, the accompanying Declaration of D. McKinley Measley and attached exhibits, and any other matters properly before the Court.

WHEREFORE, Defendants' respectfully request that the Court dismiss the Complaint with prejudice pursuant to Federal Rules 23.1 and/or 12(b)(6), and grant Defendants such other and further relief as the Court deems just and proper.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Jeffrey B. Rudman
Andrea J. Robinson
Timothy Perla
Bradley M. Baglien
Brian Driscoll
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 626-6000

_/s/ D. McKinley Measley_
William M. Lafferty (#2755)
D. McKinley Measley (#5108)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
wlafferty@mnat.com
dmealsey@mnat.com
   *Attorneys for Defendants*

August 30, 2013