**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EUGENE BASCH, derivatively on behalf of ENERNOC, INC. and individually on behalf of himself and all other similarly situated shareholders of ENERNOC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY G. HEALY, NEIL MOSES, DAVID B. BREWSTER, ARTHUR W. COVIELLO, JR., RICHARD DIETER, TJ GLAUTHIER, SUSAN F. TIERNEY, JAMES BAUM, PETER GYENES, ADAM GROSSER, and JAMES L. TURNER, <br><br> Defendants, <br><br> -and- <br><br> ENERNOC, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Civil Action No. 1:13-cv-00766-GMS |

**STIPULATION AS TO PREVIOUSLY-FILED MOTION PAPERS**

**WHEREAS,** on May 27, 2014, and with assent of all parties, Plaintiff filed an Amended Complaint substituting Mr. Eugene Basch as Plaintiff in this action, but otherwise containing the same allegations against Defendants;

**WHEREAS**, Defendants had previously submitted a motion to dismiss (as to the prior Plaintiff), which was fully briefed and pending before the Court prior to substitution;

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel for Plaintiff and Defendants that all filings associated with Defendants' Motion to Dismiss, D.I.. 16-22, be deemed filed as to Plaintiff Basch, and that the Motion to Dismiss be deemed operative as to Plaintiff Basch.

FARNAN LLP

OF COUNSEL:

Eduard Korsinsky
Steven J. Purcell
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, New York 10004
Tel: (212) 363-7500

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
   *Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Jeffrey B. Rudman
Andrea J. Robinson
Timothy Perla
Bradley M. Baglien
Brian Driscoll
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 626-6000

/s/ D. McKinley Measley
William M. Lafferty (#2755)
D. McKinley Measley (#5108)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
wlafferty@mnat.com
dmealsey@mnat.com
   *Attorneys for Defendants*

June 9, 2014

8303087

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on this 9th day of June, 2014.

/s/ D. McKinley Measley
D. McKinley Measley (#5108)