IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EUGENE BASCH, derivatively on behalf of ENERNOC, INC. and individually on behalf of himself and all other similarly situated shareholders of ENERNOC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY G. HEALY, NEIL MOSES, DAVID B. BREWSTER, ARTHUR W. COVIELLO, JR., RICHARD DIETER, TJ GLAUTHIER, SUSAN F. TIERNEY, JAMES BAUM, PETER GYENES, ADAM GROSSER, and JAMES L. TURNER, <br><br> Defendants, <br><br> -and- <br><br> ENERNOC, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Civil Action No. 1:13-cv-00766-GMS |

ActiveUS 136845332v.1

## AFFIDAVIT OF MELISSA JORDAN RE MAILING OF THE NOTICE OF PENDENCY AND PROPOSED SETTLEMENT TO CLASS ACTION AND SETTLEMENT HEARING

I depose and state as follows:

1. My name is Charlotte Brown. I submit this affidavit in order to provide the Court and the parties to the above-captioned litigation with information regarding the mailing of the Notice of Pendency of Class Action, Proposed Settlement of Class Action and Settlement Hearing (the "Notice"). I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am employed by Alliance Advisors LLC ("Alliance"), located at 200 Broadacres Drive, Bloomfield, NJ. Alliance was retained to mail the Notice in this matter. I oversaw the notice mailing as provided in accordance with the Scheduling Order (the "Order"), entered by the Court in this action on or about September 23, 2014. A true and correct copy of the Notice is attached hereto as Exhibit A. The Notice is in the form approved by the Court.

3. In accordance with the Order, Alliance requested from the transfer agent for EnerNOC a list of the names and addresses of all holders of EnerNOC common and restricted stock from as of September 29, 2014.

4. Shortly after receiving this list, I caused address labels prepared from the list to be affixed to true and correct copies of the Notice. I thereafter caused those copies to be posted for first-class mail and delivered on October 8, 2014 to the United States Post Office. In this manner, Alliance caused copies of the Notice to be sent via first class mail to, as

ActiveUS 136845332v.1

represented to Alliance by the transfer agent, all holders of EnerNOC common and restricted stock from as of September 29, 2014, excluding the defendants and defendants' affiliates.

5. Alliance also forwarded additional copies of the Notice on request to banks, brokers and intermediaries who held EnerNOC common stock for the beneficial interest of other persons and entities. The banks, brokers and intermediaries then mailed the notice to the beneficial holders.

6. As of the date of this affidavit, Alliance has mailed a total of 776 Notices to the common and restricted registered holders and 5,052 Notices to the banks, brokers and intermediaries for mailing to the beneficial holders.

_____
Charlotte Brown

FURTHER, AFFIANT SAYETH NOT.

_____
Krystle F. Colon

State of New Jersey
County of Essex
Sworn before me the 27th day of October, 2014
WITNESS my hand and official seal
SIGNATURE:

KRYSTLE F. COLON
ID # 2410056
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 7/6/2016

_____
NOTARY PUBLIC

My Commission Expires:

7/6/2016
_____

ActiveUS 136845332v.1