# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EUGENE BASCH, derivatively on behalf of ENERNOC, INC. and individually on behalf of himself and all other similarly situated shareholders of ENERNOC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY G. HEALY, NEIL MOSES, DAVID B. BREWSTER, ARTHUR W. COVIELLO, JR., RICHARD DIETER, TJ GLAUTHIER, SUSAN F. TIERNEY, JAMES BAUM, PETER GYENES, ADAM GROSSER, and JAMES L. TURNER, <br><br> Defendants, <br><br> -and- <br><br> ENERNOC, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Civil Action No. 13-cv-766-GMS |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT AND FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

Plaintiff, by and through the undersigned counsel, hereby moves for an order granting final approval of the settlement and for an award of attorneys' fees and reimbursement of expenses. The grounds for requested relief are set forth in Plaintiff's opening brief filed contemporaneously herewith.

Plaintiff respectfully requests that the Court enter an order approving the settlement and his attorneys' fees and expenses.

| | |
|---|---|
| Dated: November 21, 2014 | Respectfully submitted, |
| | FARNAN LLP |
| | /s/ Brian E. Farnan |
| Of Counsel: | Brian E. Farnan (Bar No. 4089) |
| | Rosemary J. Piergiovanni (Bar No. 3655) |
| LEVI & KORSINSKY LLP | 919 N. Market Street, 12th Floor |
| Eduard Korsinsky | Wilmington, DE 19801 |
| Steven J. Purcell | Telephone: (302) 777-0300 |
| 30 Broad Street, 24th Floor | Facsimile: (302) 777-0301 |
| New York, New York 10004 | bfarnan@farnanlaw.com |
| Tel: (212) 363-7500 | rpiergiovanni@farnanlaw.com |
| Fax: (866) 367-6510 | |
| | *Attorneys for Plaintiff* |