**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EUGENE BASCH, derivatively on behalf of ENERNOC, INC. and individually on behalf of himself and all other similarly situated shareholders of ENERNOC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY G. HEALY, NEIL MOSES, DAVID B. BREWSTER, ARTHUR W. COVIELLO, JR., RICHARD DIETER, TJ GLAUTHIER, SUSAN F. TIERNEY, JAMES BAUM, PETER GYENES, ADAM GROSSER, and JAMES L. TURNER, <br><br> Defendants, <br><br> -and- <br><br> ENERNOC, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Civil Action No. 13-cv-766-GMS |

**DECLARATION OF BRIAN E. FARNAN IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT AND FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

I, BRIAN E. FARNAN, declare:

1.  I am a member of the Bar of the State of Delaware and am an attorney at the firm of Farnan LLP, counsel for Plaintiff Eugene Basch ("Plaintiff") in this matter. I submit this declaration in support of Plaintiff's Motion for Final Approval of the Proposed Settlement and for an Award of Attorneys' Fees and Reimbursement of Expenses.

2.  The exhibits attached hereto are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1. | *Holland v. New Jersey Res. Corp.*, 3:12-CV-7858-AET-LHG, Final Order and Judgment (D.N.J. Jan. 29, 2014) |
| 2. | *Holland v. New Jersey Res. Corp.*, 3:12-CV-7858-AET-LHG, Stipulation and Agreement of Settlement |
| 3. | *Wyrick v. Redling*, 2:11-CV-5036-PD, Final Order and Judgment (E.D. Pa. Dec. 12, 2012) |
| 4. | EnerNOC, Inc. Form 8-K filed on June 3, 2013 |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: November 21, 2014

                                                    /s/ Brian E. Farnan_____
                                                Brian E. Farnan (Bar No. 4089)